United States District Court
Southern District of Texas
**ENTERED**
July 03, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BOBBY V. GRISSOM, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 4:18-cv-01581 |
| PROCOLLECT, INC., | § § § | |
| *Defendant.* | § | |

### ORDER GRANTING DEFENDANT PROCOLLECT, INC.'S UNOPPOSED MOTION TO TRANSFER VENUE

After considering *Defendant ProCollect, Inc.'s Unopposed Motion to Transfer Venue* alleging improper and inconvenient venue, the Court GRANTS the motion and transfers Plaintiff's suit to the Northern District of Texas, Dallas Division.

SO ORDERED.

Signed this **3rd** of July, 2018.

_____
JUDGE SIM LAKE
UNITED STATES DISTRICT JUDGE